IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALTON D. BROWN, also known as POLITICAL PRISONER | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 16-16 |
| v. | ) ) | Judge Cathy Bissoon Magistrate Judge Cynthia Reed Eddy |
| TOM WOLF, *et al.*, | ) ) ) | |
| Defendants. | ) | |

## **MEMORANDUM ORDER**

This case was referred to United States Magistrate Judge Cynthia Reed Eddy for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On January 15, 2016, the Magistrate Judge issued a Report (Doc. 2) recommending that Plaintiff's Motion for Leave to Proceed *in forma pauperis* (Doc. 1) be denied in accordance with 28 U.S.C. § 1915(g) and that this action be dismissed without prejudice to Plaintiff reopening it by paying the full statutory and administrative filing fees, totaling $400.00. Service of the Report and Recommendation was made on Plaintiff, and no objections have been filed.

After a review of the pleadings and documents in the case, together with the Report and Recommendation, the following Order is entered:

Plaintiff's Motion for Leave to Proceed *in forma pauperis* (**Doc. 1**) is **DENIED** without prejudice to Plaintiff reopening it by paying the full statutory and administrative filing fees, totaling $400.00. The Magistrate Judge's Report and Recommendation dated January 15, 2016, hereby is adopted as the Opinion of the District Court.

IT IS SO ORDERED.

April 14, 2016                                s\Cathy Bissoon
                                              Cathy Bissoon
                                              United States District Judge

cc (via ECF email notification):

All counsel of record

cc (via First-Class U.S. Mail):
ALTON D. BROWN
DL-4686
S.C.I. Greene
169 Progress Drive
Waynesburg, PA 15370